**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  Chadwick        ARDY        Demetrius
      (Last)          (First)     (Initial)

Prisoner Number  T-13047

Institutional Address  P.O Box 8103 San luis obispo C.A 93409

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ARDY Demetrius Chadwick.
(Enter the full name of plaintiff in this action.)

vs.

San Diego Police Department,

(Enter the full name of the defendant(s) in this action)

Case No.  CV 07 6248
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
Title 42 U.S.C § 1983

[All questions on this complaint form must be answered in order for your action to proceed.]

I.   Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement  C MC

B.   Is there a grievance procedure in this institution?
     YES ( )   NO (X)

C.   Did you present the facts in your complaint for review through the grievance procedure?
     YES ( )   NO (X)

D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                              - 1 -

1. Informal appeal  _Denile_

2. First formal level  _Denile_

3. Second formal level  _Denile_

4. Third formal level  _They Kick it out of the San Diego court_

E. Is the last level to which you appealed the highest level of appeal available to you?

   YES (X)    NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why.

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

_ARDY D Chadwick_
_P.O Box 8108 San luis obispo C.A 93409_

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

_Officer Hall Team & San Diego police Department_

COMPLAINT                               -2-

1) Officer Hall walk up to me asking me to
help him fine some Drug's. 2) I Told him No. 3) He
walk accrose the street and set Down. 4) Shorty
Came / They Talk officer gave him The money.

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

5) Short come sat Next to officer Hall gave him —
Some Thing. 6 officer hall look at it put in to some
Thing and gave Shorty some more money and They
Both left 6 a Black and white pull up To me and
ask me if I'm melvin 7 I told him No. 8 He
Then Told me to get on The Curb. I Told him I'm on
Curb. 8 He Push me making me hit a Poll 9) Held my
head on The Hot Hood I have a Burn spot on the left
side 10) He left me up Body slam me Twice lawyer
Back head injury Busted right Ear Drum. 11)
would not let me see a Doctor or Do a report.
I am The victam here. I did nothing wrong.

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I am asking for 3.15 million Doller and Want Them
To pay all Doctor Bill. I want out of prison.
Because I did nothing to be here and sue The
State for false imprisonment

COMPLAINT

- 3 -

```
1  _____
2  _____
3  _____
4  _____
```

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __12__ day of __Dec 3__, 20__07__

_Chadwick ARDY D_____
(Plaintiff's signature)

COMPLAINT                                    - 4 -